IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HENDERSON STATE BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD THROGMARTIN,<br><br>    Defendant. | CASE NO. 8:20-CV-00004<br><br>DECLARATION OF RONALD THROGMARTIN |

I, Ronald Throgmartin, state and declare as follows:

1. I am the defendant in the above-captioned lawsuit. I have personal knowledge of and am competent to testify about the facts set forth in this Declaration. I submit this Declaration in support of my Motion to Dismiss for lack of personal jurisdiction.

2. I am a resident of Buford, Gwinnett County, Georgia.

3. I have neither resided in, nor travelled to, the State of Nebraska.

4. I have never owned or rented property in the State of Nebraska.

5. I have never maintained a bank account in the State of Nebraska.

6. I have never had any personal property in the State of Nebraska.

7. I have never voted or filed a tax return in the State of Nebraska.

8. I have never knowingly conducted businesses with any individuals or entities in the State of Nebraska.

9. I have never knowingly communicated, either orally or in writing, with any employees or agents of the Defendant, Henderson Bank.

I have read this Declaration and hereby declare under penalty of perjury the foregoing is true and correct.

EXHIBIT A

DATED this 9th day of March, 2020.

_____